[This opinion has been published in *Ohio Official Reports* at 72 Ohio St.3d 1218.]

**SAYRE, APPELLEE, *v*. HOELZLE-SAYRE, APPELLANT.**

**[Cite as *Sayre v. Hoelzle-Sayre*, 1995-Ohio-274.]**

*Appeal dismissed as improvidently allowed*.

(No. 94-1094—Submitted June 6, 1995—Decided July 19, 1995.)

APPEAL from the Court of Appeals for Seneca County, No. 13-93-32.

───────────────

*B. Mark Davis*, for appellee.

*Britz & Zemmelman* and *Harland M. Britz*, for appellant.

───────────────

{¶ 1} The appeal is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., DOUGLAS, WRIGHT, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

RESNICK, J., dissents, and would reverse the judgment of the court of appeals and remand for a new hearing.

───────────────